UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

OCTAVIUS DAVIS,

    Plaintiff,

v.                                        Case No. 6:18-cv-1827-Orl-37GJK

DENISE STADLER; PAULA MCNABB;
ANTHONY CAMPBELL; JENNIFER
GEST; MERISTAR HOLDINGS L.P.;
MERIDIAN SENIOR LIVING LLC;
MOIZ DORIWALA; KACY KANG;
ROBERT SWEET; TIMOTHY O'BRIEN;
KEVIN CARLIN; AFFINITY LIVING
GROUP LLC; CHARLES E. TREFZGER,
JR.; LILLY DONOHUE; and HOLIDAY
AL MANAGEMENT SUB LLC,

    Defendants.

## ORDER

Before the Court is Defendant Holiday Al NIC Management LLC ("**Holiday Al**")'s Response to the Court's Supplemental Order to Show Cause directing Holiday Al to identify its citizenship for purposes of diversity jurisdiction. (Doc. 93 (Response); Doc. 92 (Supplemental Order to Show Cause).) Holiday Al's citizenship is determined by the citizenship of its members. *See Rolling Greens MHP, LLC v. Comcast SCH Holdings LLC*, 374 F.3d 1020, 1022 (11th Cir. 2004). After diligent search, Holiday Al has uncovered that at least one member is a citizen of Arizona. (Doc. 93, p. 1–2.) As Plaintiff is a citizen of Arizona, this discovery destroys complete diversity and means the Court lacks subject matter jurisdiction under 28 U.S.C. § 1332 over this case. *See* 28 U.S.C. § 1332(a);

*Strawbridge v. Curtiss*, 7 U.S. 267, 267–68 (1806). Plaintiff's Complaint (Doc. 45), therefore, must be dismissed for lack of subject matter jurisdiction. The order to show cause as to Holiday AI will be discharged (Doc. 92), all pending deadlines and motions will be terminated, and the case closed.

Accordingly, it is **ORDERED AND ADJUDGED** that:

1. Plaintiff's Complaint (Doc. 45) is **DISMISSED FOR LACK OF JURISDICTION**.

2. The Court's Supplemental Order to Show Cause (Doc. 92) is **DISCHARGED**.

3. The Clerk is **DIRECTED** to **TERMINATE** all pending motions and deadlines and **CLOSE** the file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on June 20, 2019.

ROY B. DALTON JR.
United States District Judge

Copies to:
Counsel of Record
*Pro se* party